UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

_____
                                          :
SOUTHERN MOTION, INC.                     :
                                          :
                Plaintiff,                :   Court No. 25-00033
                                          :
        v.                                :
                                          :
UNITED STATES,                            :
                                          :
                Defendant.                :
_____:

## **ANSWER**

Pursuant to Rule 7(a) of the Rules of the United States Court of International Trade, the United States, defendant, responds to the allegations of plaintiff's, Southern Motion, Inc. (Southern Motion), Amended Complaint as follows:

1. Admits that this allegation consists of a statement of plaintiff's legal claim, but denies its validity.

2. This paragraph consists of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

3. This paragraph consists of legal argument and/or conclusions of law to which no response is required.

4. This paragraph consists of legal argument and/or conclusions of law to which no response is required.

5. Admits.

6. Admits.

7. This paragraph consists of legal argument and/or conclusions of law to which no response is required.

8. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

9. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

10. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

11. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

12. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

13. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

14. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

15. Admits that the subject DC motors were exported from Vietnam and admitted into Southern Motion's Foreign Trade Zone ("FTZ"). Denies for lack of information or knowledge sufficient to form a belief as to the meaning of the term "214 admission."

16. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

17. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

18. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

19. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

20. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

21. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that the bills of lading in Exhibit B are complete or accurate, and further denies that they support the statement in the first sentence of this paragraph. Denies that the FTZ CBP Form 214 admissions in Exhibit C are complete or accurate, and further denies that they support the statement in the first sentence of this paragraph.

22. Admits that the DC motor part numbers listed in this paragraph were admitted into the FTZ and are at issue in this court action but denies that the listed DC motor part numbers are the only DC motor part numbers at issue. Denies that the Proforma Invoice Report in Exhibit D contains a complete or accurate depiction of the different DC motor part numbers, FTZ admission dates, quantity, and values for the subject merchandise, and further denies that the Proforma Invoice Report supports the statement in the first sentence of this paragraph

23. The allegations in the first sentence of this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies these allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E provides a copy of the bills of materials for each of the different DC motors.

24. Admits that Exhibit B lists the shipper as Kaidi Vietnam but denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

25. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

26. Denies that Exhibit C lists the manufacturer identifier. Denies the remaining allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

27. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

28. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

29. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

30. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

31. Admits that Exhibit C lists the country of origin as China. The remaining allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies the allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness.

32. Admits.

33. Admits.

34. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

35. Admits that the country of origin for the DC motors on entry ARV-5102543-0 is China. The remaining allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies the allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness.

36. Admits.

37. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

38. Admits that protest # 2006-22-106903 was filed on November 14, 2022. Admits the remainder of the allegations in this paragraph to the extent supported by protest # 2006-22-106903 which speaks for itself and is the best evidence of its contents, otherwise denies.

39. Admits that protest # 2006-22-106903 was denied on July 30, 2024. Admits the remainder of the allegations in this paragraph to the extent supported by the denial of protest # 2006-22-106903 which speaks for itself and is the best evidence of its contents, otherwise denies.

40. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, admits to the extent supported by 19 C.F.R. § 134.1(b), which speaks for itself and is the best evidence of its contents, otherwise, denies.

41. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, admits to the extent supported by the court cases cited, which speak for themselves and are the best evidence of their contents, otherwise denies.

42. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies these allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness

43. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies these allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E supports the statement in the first sentence of this paragraph.

44. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies these allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E supports the statement in the first sentence of this paragraph.

45. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E supports the statement in the first sentence of this paragraph.

46. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies these allegations for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E supports the statement in the first sentence of this paragraph.

47. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness. Denies that Exhibit E or G supports the statement in the first sentence of this paragraph.

48. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

49. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

50. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, admits to the extent supported by NY N317575 (March 5, 2021), which speaks for itself and is the best evidence of its contents, otherwise denies.

51. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

52. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, admits to the extent supported by NY N302707 (March 18, 2019), which speaks for itself and is the best evidence of its contents, otherwise denies.

53. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

## PRAYER FOR RELIEF

54. The allegations contained in this paragraph constitute plaintiff's characterization of its request for relief, to which no answer is required; to the extent a response is required, denies that the plaintiff is entitled to the requested relief.

**WHEREFORE**, defendant respectfully requests that judgment be entered dismissing this action, sustaining the decision of the appropriate U.S. Customs and Border Protection officials and the assessment of duty thereunder, and granting defendant such other and further relief as may be just and appropriate.

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

JUSIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: /s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendant*

Date: June 30, 2025